IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00805-GPG

JONATHAN P. SAUNDERS,

    Plaintiff,

v.

LORI A. KROHN, Individually, and
LORI A. KROHN, Contracting Officer for VA Medical Center, Cheyenne, Wyoming,

    Defendants.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

    DATED April 22, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        S/ Gordon P. Gallagher

                                        United States Magistrate Judge