IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00805-CBS

JONATHAN P. SAUNDERS,
     Plaintiff,
v.

LORI A. KROHN, individually, and
LORI A. KROHN, Contracting Officer for VA Medical Center, Cheyenne, Wyoming,
     Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

This civil action is before the court for service of the Complaint on Defendant Lori A. Krohn.   On April 17, 2015, Mr. Saunders was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.   (*See* Doc. # 4).   It is now

ORDERED that, pursuant to supplemental information provided by Mr. Saunders, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Lori A. Krohn at 1639 Medical Center Parkway, Suite 400, Murfreesboro, TN 371289, (615) 225-3434.   If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Complaint (Doc. # 1) and summons upon Defendant Krohn.   If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).   All costs of service shall be advanced by the United States.   Defendant Krohn shall respond to the Complaint in accordance with the provisions of the Federal Rules of Civil Procedure.

DATED at Denver, Colorado this 14th day of July, 2015.

BY THE COURT:


      s/Craig B. Shaffer
United States Magistrate Judge